630

## WILSON v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 109, September Term, 1963.]

*Decided June 16, 1964.*

Before Brune, C. J., and Henderson, Hammond, Prescott, Horney, Marbury and Sybert, JJ.

Per Curiam.

Leave to appeal is denied for the reasons stated in the opinion of Judge Gray in the Circuit Court for Calvert County for denying the application for relief under the Post Conviction Procedure Act.

*Application denied.*